IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Jet Services, L.L.C., a limited liability company, individually and as assignee of Indigo Fleming Powers,<br><br>Plaintiff,<br><br>v.<br><br>The Health and Welfare Benefit Plan of eMetric, LLC and Principal Life Insurance Company,<br><br>Defendants. | Case No.: CV-10-00151-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Transfer Venue (Dkt. # 19),

**IT IS HEREBY ORDERED** directing the Clerk of the Court to transfer venue of this matter to the Western District of Texas.

**IT IS FURTHER ORDERED** taking no action on the Motions to Dismiss (Dkt. ## 8, 15, 16) as being moot.

Dated this 12th day of March, 2010.

_____
G. Murray Snow
United States District Judge

1