# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

MICHAEL S. O'BRIEN
CHIEF DEPUTY CLERK
EVO A. DECONCINI COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

May 18, 2010

[Stamp: FILED / LODGED / RECEIVED / COPY — MAY 28 2010 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY _____ DEPUTY]

William G. Putnicki, Clerk
United States District Court
Western District of Texas
655 E. Durango Blvd., G-65
San Antonio, TX 78206

RE: **Angel Jet Services, LLC., v. Health and Welfare Benefit Plan eMetric, LLC, et al.,**
     **CV 10-151-PHX-GMS**

Dear Mr. Putnicki:

Pursuant to the Order of this Court, the above mentioned cause of action is being transferred to your Court for all further proceedings. Enclosed are certified copies of the transfer order and docket sheet. You may obtain the case file by accessing our website at **www.azd.uscourts.gov.**

Please acknowledge receipt of same and indicate your district's case number on the enclosed copy of this letter and return. Thank you.

**RICHARD H. WEARE, DCE/CLERK**

By: s/M. Pruneau
    Deputy Clerk

cc: All Counsel

Receipt is acknowledged of the documents described herein.
New Case Number: **SA10CA0437 OG**

Clerk, U.S. District Court
By: _____
    Deputy Clerk

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*